IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KAMEON VANKEIS AARON,**                                     PLAINTIFF
**ADC #129521**

v.                        No. 5:12-cv-121-DPM-JTK

**C. ANTHONY; S. FAYLOR; K. KELLY;
MAGGART; LEROY HICKS; KILGORE;
CLARK; FALSKNIGHT; LEE; M. LOWE;
F. WALLS; FIELDS; CASHION; K. HOWELL;
GIBSON; LYDIA GODFREY; TANYA HILL;
WISCRAVER; GRANT HARRIS; RAY HOBBS;
LARRY MAY; WENDY KELLY; K. HOLEMAN;
PELVEY; RECTOR; BOWMAN; FREEMAN;
GANA; MARILYN VENITA; STILLS; and
JOHNNIE ANN HARRIS**                                          DEFENDANTS

ORDER

Motion, *Document No. 9*, granted.  Aaron's claims against all defendants—except defendants Anthony, Cashion, and Grant Harris—are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2012