**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KAMEON VANKEIS AARON,
ADC #129521                                                                          PLAINTIFF

v.                                          5:12-cv-00121-DPM-JTK

C. ANTHONY, et al.                                                                  DEFENDANTS

<u>**ORDER**</u>

By Order dated April 12, 2012 (Doc. No. 7), this Court granted Plaintiff's Motion to Proceed

<u>in</u> <u>forma</u> <u>pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983.  However, finding Plaintiff's

Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails

to state a claim, or states a legitimate claim, the Court directed him to submit an Amended

Complaint within thirty days.   Plaintiff submitted an Amended Complaint against Defendants

Anthony, Cashion, and Harris (Doc. No. 10), and a Motion to Dismiss the remaining Defendants,

which was granted by Order dated April 27, 2012 (Doc. No. 11). Having reviewed the Amended

Complaint, it now appears to the Court that service is appropriate with respect to Plaintiff's

allegation of retaliation against Defendant Anthony.  Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Sgt. C.

Anthony.   The Clerk of the Court shall prepare summons for the Defendant and the United States

Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 10) and summons

on this Defendant in care of the Arkansas Board of Correction and Community Punishment

Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and

costs or security therefore.

1

IT IS SO ORDERED this 7th day of May, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE