IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON,                                          PLAINTIFF
ADC #129521

v.                      No. 5:12-cv-121-DPM-JTK

C. ANTHONY; CASHION; and GRANT HARRIS               DEFENDANTS

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 13*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, Fed. R. Civ. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Aaron's claims against Defendants Cashion and Harris are dismissed without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2012