IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON                                          PLAINTIFF
ADC #129521

v.                        No. 5:12-cv-121-DPM-JTK

CHRISTINE ANTHONY                                             DEFENDANT

ORDER

No one has objected to Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, № 33. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b), and for legal error, the Court adopts the proposal. Anthony's motion for summary judgment, № 28, is granted. Aaron's complaint is therefore dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2013