IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KAMEON VANKEIS AARON                                          PLAINTIFF
ADC #129521

v.                          No. 5:12-cv-121-DPM

CHRISTINE ANTHONY; S. FAYLOR; K. KELLY;
MAGGART; LEROY HICKS; KILGORE;
CLARK; FALSKNIGHT; LEE; M. LOWE;
F. WALLS; FIELDS; CASHION; K. HOWELL;
GIBSON; LYDIA GODFREY; TANYA HILL;
WISCRAVER; GRANT HARRIS; RAY HOBBS;
LARRY MAY; WENDY KELLY; K. HOLEMAN;
PELVEY; RECTOR; BOWMAN; FREEMAN;
GANA; MARILYN VENITA; STILLS; and
JOHNNIE ANN HARRIS                                            DEFENDANTS

JUDGMENT

Aaron's claims against Christine Anthony are dismissed with prejudice.

His claims against all other Defendants are dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

12 April 2013